IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RIKKIE GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO.: 1:24-cv-00880-DII |
| | § | |
| TEXAS TAXPAYERS AND RESEARCH | § | |
| ASSOCIATION (TTRA), AND DOES 1-25, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## PROPOSED ORDER

Before the Court is Defendant's **Motion to Dismiss, Motion to Strike Plaintiff's Opposition,** and **Motion to Strike Plaintiff's Surreply**.

After reviewing the motions, all related filings, and considering the arguments presented by the parties, the Court finds that the Defendant's motions should be denied.

**IT IS HEREBY ORDERED** that:
1. Defendant's Motion to Dismiss is **DENIED**.
2. Defendant's Motion to Strike Plaintiff's Opposition is **DENIED**
3. Defendant's Motion to Strike Plaintiff's Surreply is **DENIED**.

The case will proceed in accordance with the Federal Rules of Civil Procedure and the Court's scheduling orders.

**SIGNED** on this___ day of _____, 2024.

_____
PRESIDING JUDGE ROBERT PITMAN