John L. Pittman III, Esq., LLM2 – 24127922
**JOHN L. PITTMAN III | ATTORNEY AT LAW, APC**
925 B. Street, Suite 604
San Diego, CA 92101
Direct Office (760) 575-4040
Fax (877) 575-5264

**FILED**
October 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____pg_____
DEPUTY

# UNITED STATED DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# AUSTIN DIVISION

| | |
|---|---|
| **RIKKIE GONZALEZ**<br><br>Plaintiff,<br><br>vs.<br><br>**TEXAS TAXPAYERS AND RESEARCH ASSOCIATION (TTARA), AND DOES 1-25,**<br>,<br><br>Defendant | Case No.: 1:24-cv-00880-DII<br><br><br>DECLARATIN OF JOHN PITTMAN III |

### DECLARATION OF JOHN PITTMAN III

1. I am a Licensed Attorney authorized to practice law in the states of New York, Texas, and District of Columbia. In addition, I am also a Provisionally Licensed Lawyer authorized to practice law, under the supervision of Saman Nasseri, before all courts of the State of California. We have been working on the case for *Emillio Ramirz v Accel Motor Sports60-2019-01118235-CU-MC-NJC* for a number of years as Plaintiff in this action. I was the lead counsel on this matter from April 10, 2023 to May 31, 2024; where we brought in additional trial firm to be lead counsel. We have been ready for trial in this matter at three separate times up to and including at the pretrial conference last week. I have personal knowledge of the facts in this declaration and if called as a witness could and would competently testify thereto.

2. While I am no longer lead counsel on the Ramirez matter, there is a vested interest in the case, and I have full intention to be present at the upcoming trial which has been moved several times. Most recently it was scheduled to begin yesterday10-14-2024 and just last week on 10-11-2024 a pre-trial conference was held which called for another pre-trial conference to be held yesterday 10-14-2024.

DECLARATIN OF JOHN PITTMAN III - 1

3. I was not present at that yesterday's Pre Trial Conference because, when we knew the trial was going to be pushed yet another week, resources were allocated for me to handle a full day deposition in another matter in San Diego County Superior Court *Branch v Kaiser Permanente* 37-2023-00054982-CU-WT-CTL [**Depo Notice Exhibit 1**].

4. As today's hearing in the present case was at 7am PST/9am PST, I had yet to review content from yesterday's Pre-trial Conference with expected trial to being on October 21/22, 2024. Immediately following today's hearing in the present case, I was updated on what took place yesterday. Which was that the defendant "Accel Motor Sports" actually did file Bankruptcy and the Trial has been stayed with a status conference set for a future date. [**10-14-2024 - Pre Trial-Conference Minute order Exhibit 2**]

5. On October 14, 2024, opposing counsel provided the Notice of Bankruptcy filing and Notice of Stay of Proceeding [**Onelegal Electronic Service Notice Exhibit 3**] and [**Defendant's Notice of Stay of Proceedings Exhibit 4**]. [**Register of actions reflecting trial reediness documents filed 10-9-2024 Exhibit 5**].

6. As a result of proceedings being stayed as of yesterday, I am not expected to be present for the trial next week October 22, 2024 and will available to be in Austin before this court.

7. Contact for Judge Donald Gaffney's Court in Orange County Superior Court of California, County of Orange 1275 North Berkeley Avenue, Fullerton, CA 92832. Department N16 (657) 622–5616

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. Executed on October 15, 2024, at San Diego, California.

DATED: October 15, 2024            **JOHN L. PITTMAN III | ATTORNEY AT LAW, APC**

/s/ John L. Pittman III
John L. Pittman III, Esq., LLM[2]
District of Columbia (1742578),
New York (5880646) and Texas (24127922)
Provisionally Licensed in California (PL482988)
Attorney for Plaintiff Rikki Gonzalez

DECLARATIN OF JOHN PITTMAN III - 2

# EXHIBIT 1

***

# EXHIBIT 1

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Eric M. Steinert (SBN 168384) |
| 2 | esteinert@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP |
| | D. Joshua Salinas (SBN 282065) |
| 6 | jsalinas@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 7 | Los Angeles, California 90067-3021 |
| | Telephone: (310) 277-7200 |
| 8 | Facsimile: (310) 201-5219 |
| 9 | Attorneys for Defendant |
| | KAISER FOUNDATION HOSPITALS, INC. (erroneously |
| 10 | sued as KAISER PERMANENTE) |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| DIANNE BRANCH, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>KAISER PERMANENTE, a corporation; and DOES 1 to 10,<br><br>        Defendant. | Case No. 37-2023-00054982-CU-WT-CTL<br><br>*[HON. JAMES A MANGIONE; DEPT. C-75]*<br><br>**DEFENDANT'S FIRST AMENDED NOTICE OF DEPOSITION OF PLAINTIFF DIANNE BRANCH**<br><br>Date:    October 14, 2024<br>Time:   8:30 a.m.<br>Place:   Union Cowork<br>            111 C Street<br>            Encinitas, CA 92024<br><br>Date Action Filed: December 28, 2023 |

**TO PLAINTIFF DIANNE BRANCH AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Kaiser Foundation Hospitals, Inc. (erroneously sued as Kaiser Permanente) ("Defendant") will depose Plaintiff Dianne Branch ("Plaintiff") pursuant to California Civil Procedure Code ("CCP") Section 2025.220, et seq., on October 14, 2024, at 8:30 a.m. at Union Cowork, 111 C Street, Encinitas, California 92024. Until concluded, the deposition will be continued to a mutually convenient future date or dates.

The deposition will be taken, under oath, before a certified court reporter or other officer authorized to administer oaths. If the deposition is not completed on said date, it shall continue on a date agreed upon by counsel, or as otherwise noticed by Defendant.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to CCP Section 2025.220 (a)(5), Defendant intends to have the deposition recorded stenographically and by videotape. Defendant also reserves the right to use a method of instant visual display of the testimony.

If you require the services of an interpreter, you must advise this office in writing of both the need for the interpreter and the language required no later than five (5) days before the date set for the deposition. If you fail to do so and the deposition is then continued for lack of an interpreter, sanctions will be sought against you.

DATED: October 4, 2024                    SEYFARTH SHAW LLP

By: _____
Eric M. Steinert
Joshua Salinas
Attorneys for Defendant
KAISER FOUNDATION HOSPITALS, INC.
(erroneously sued as KAISER PERMANENTE)

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) SS
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On October 4, 2024, I served the within document(s):

**DEFENDANT'S FIRST AMENDED NOTICE OF DEPOSITION OF PLAINTIFF DIANNE BRANCH**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| Saman J. Nasseri, Esq. | *Attorneys for Dianne Branch* |
| John L. Pittman III, Esq. | |
| NASSERI LEGAL | Tel: (619) 610-9595 / Direct Office: (760) 575-4040 |
| 925 B. Street, Suite 604 | Fax: (619) 610-9599 / Direct Fax: (877) 575-5264 |
| San Diego, CA 92101 | E-mail: saman@nasserilegal.com |
| | info@jp3law.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 4, 2024, at Los Angeles, California.

_____
Maria Torres-Masferrer

---

PROOF OF SERVICE

# EXHIBIT 2

\*\*\*

# EXHIBIT 2

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
NORTH JUSTICE CENTER

**MINUTE ORDER**

DATE: 10/14/2024  TIME: 09:00:00 AM  DEPT: N16
JUDICIAL OFFICER PRESIDING: Donald F. Gaffney
CLERK: S. Lilio
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: R. Renison

CASE NO: **30-2019-01118235-CU-MC-NJC**  CASE INIT.DATE: 12/12/2019
CASE TITLE: **Ramirez vs. Accel Import Repair, Inc.**
CASE CATEGORY: Civil - Unlimited  CASE TYPE: Misc Complaints - Other

EVENT ID/DOCUMENT ID: 74403229
**EVENT TYPE:** Pretrial Conference

**APPEARANCES**
Stephanie S Pengilley, from CA Consumer Law APC, present for Plaintiff(s) remotely.
Mia Mogavero, Pamela J BrownMcGill Esq, from Law Offices of Pamela J Brown-Mcgill, present for Plaintiff(s) remotely.
William Hernquist, from Hernquist & Associates, A.P.C., present for Defendant(s) remotely.
john rykowski, Defendant, present remotely.
John OMalley, Attroney

Hearing held, all participants appearing remotely.

Counsel for defendant Accel Import Repair, Inc. informed the Court a bankruptcy was filed yesterday and a Notice of Stay will be filed today.

The Status Conference re bankruptcy proceedings is scheduled for 12/18/2024 at 09:00 AM in Department N16.

Court orders clerk to give notice.

DATE: 10/14/2024  MINUTE ORDER  Page 1
DEPT: N16  Calendar No.

DATE: 10/11/2024     TIME: 09:00:00 AM     DEPT: N16

JUDICIAL OFFICER PRESIDING: Donald F. Gaffney
CLERK: S. Lilio
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: R. Renison

CASE NO: **30-2019-01118235-CU-MC-NJC**     CASE INIT.DATE: 12/12/2019
CASE TITLE: **Ramirez vs. Accel Import Repair, Inc.**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Misc Complaints - Other

EVENT ID/DOCUMENT ID: 74224783
**EVENT TYPE:** Pretrial Conference

**APPEARANCES**
Stephanie S Pengilley, from CA Consumer Law APC, present for Plaintiff(s) remotely.
Mia Mogavero, Pamela J BrownMcGill Esq, from Law Offices of Pamela J Brown-Mcgill, present for Plaintiff(s) remotely.
William Hernquist, from Hernquist & Associates, A.P.C., present for Defendant(s) remotely.
john rykowski, Defendant, present remotely.

Hearing held, all participants appearing remotely.

All counsel answer ready for trial.

Updated trial documents have not been filed.

Defense counsel indicated his client will be filing for bankruptcy and the bankruptcy attorney will be filing the forms today, 12:00 noon.

The Jury Trial set for 10/14/2024 at 9:00 am in Department N16 **is vacated.**

Pretrial Conference continued to 10/14/2024 at 09:00 AM in this department pursuant to Court's motion.

Parties waive notice.

# EXHIBIT 3

\*\*\*

# EXHIBIT 3



JOHN PITTMAN III, Esq. <jlpittmaniii@jp3law.com>

## eServe notification for Ramirez vs. Accel Import Repair, Inc.
1 message

**eservice@onelegal.com** <eservice@onelegal.com>                                      Mon, Oct 14, 2024 at 9:17 AM
To: Info@jp3law.com

**Pittman III, John Has Been Electronically Served**

| | |
|---|---|
| **Submitted** | 10/14/2024 9:17 AM PT by Kirstin Jarstad |
| **Case** | Ramirez vs. Accel Import Repair, Inc. #30-2019-01118235-CU-MC-NJC |
| **Court** | Superior Court of California, Orange County (North Justice Center Fullerton) |
| **eServe recipient** | Pittman III, John - Info@JP3Law.com |

**Served Documents**

- Notice of Stay (Bankruptcy)

Download these documents on the Electronic Service page

If the link above doesn't work, copy this URL into your browser's address bar: https://platform.onelegal.com/Eservice/Index/wV1bwng6BEynhhVchfZIvQ

Thank you,
The One Legal Team

You are receiving this email in response to an order that was placed on www.onelegal.com
Get help on our Support Center or by email at support@onelegal.com.

InfoTrack US, Inc. 1400 North McDowell Blvd., Suite 300, Petaluma, CA 94954



# EXHIBIT 4

***

# EXHIBIT 4

| | | CM-180 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>William C. Hernquist II (SBN 138015)<br>5835 Avenida Encinas, Suite 112<br>Carlsbad, CA 92008<br>TELEPHONE NO: (619) 687-2300　　FAX NO (Optional):<br>E-MAIL ADDRESS (Optional): wch@hernquistlaw.com<br>ATTORNEY FOR (Name): Accel Import Repair, Inc. | | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 1275 North Berkeley Avenue<br>MAILING ADDRESS: 1275 North Berkeley Avenue<br>CITY AND ZIP CODE: Fullerton, CA 92832-1258<br>BRANCH NAME: North Justice Center | | |
| PLAINTIFF/PETITIONER: EMILIO RAMIREZ<br>DEFENDANT/RESPONDENT: ACCEL IMPORT REPAIR, INC | | |
| **NOTICE OF STAY OF PROCEEDINGS** | | CASE NUMBER:<br>30-2019-01118235-CU-MC-NJC<br>JUDGE: Donald Gaffney<br>DEPT: N16 |

**To the court and to all parties:**

1. Declarant (name):

   a. ☐ is ☐ the party ☒ the attorney for the party  who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☒ With regard to all parties.

   b. ☐ With regard to the following parties (specify by name and party designation):

3. Reason for the stay:

   a. ☒ Automatic stay caused by a filing in another court. (Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)

   b. ☐ Order of a federal court or of a higher California court. (Attach a copy of the court order.)

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. (Attach a copy of the order directing arbitration.)

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. (Attach a copy of the client's request for arbitration showing filing and service.)

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 14, 2024

William C. Hernquist　　　　　　　　　　　　　　　▶ *William Hernquist*
(TYPE OR PRINT NAME OF DECLARANT)　　　　　　　　(SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use　　　NOTICE OF STAY OF PROCEEDINGS　　　Cal. Rules of Court, rule 3.650
Judicial Council of California　　　　　　　　　　　　　　　　　　　　　　　www.courts.ca.gov
CM-180 [Rev. January 1, 2007]

privacy, please press the Clear This Form button after y[ou]　[Print this form]　[Save this form]　　[Clear this form]

United States Bankruptcy Court
Central District of California

# Notice of Bankruptcy Case Filing

**FILED**
**10/13/2024**
**09:22 AM**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/13/2024 at 09:22 AM and filed on 10/13/2024.

**Accel Import Repair, Inc.**
8071 Commonwealth Ave.
Buena Park, CA 90621
Tax ID / EIN: 04-3718408

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Cheryl L Stengel**<br>Law Office of Cheryl L. Stengel<br>402 West Broadway<br>Suite 1230<br>San Diego, CA 92101<br>619-269-2126 | **Thomas H Casey (TR)**<br>26400 La Alameda, Suite 210<br>Mission Viejo, CA 92691<br>(949) 766-8787 |

The case was assigned case number 8:24-bk-12602-SC to Judge Scott C Clarkson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 411 West Fourth Street, Suite 2030,, Santa Ana, CA 92701-4593.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 10/13/2024 09:34:20 |||
| PACER Login: | CLSTENGEL | Client Code: |
| Description: | Notice of Filing | Search Criteria: | 8:24-bk-12602-SC |
| Billable Pages: | 1 | Cost: | 0.10 |

# EXHIBIT 5

\*\*\*

EXHIBIT 5

# CIVIL CASE ACCESS

The Civil Case Information Website contains case summary and register of action information for cases dating back to 1996 for unlimited/complex civil actions and dating back to 2005 for limited civil actions. Most documents filed on or after January 1, 2008 may be downloaded and viewed(fees apply). Additionally, documents purchased online can now be electronically certified (additional fees apply). For cases and documents filed prior to these dates, contact the court where the case was filed.

Click here for more information regarding viewing/purchasing documents as well as a notice of sanctions for including social security numbers and financial account information on documents filed with the court.

To access unlawful detainer / eviction cases, you must provide: the complete name of one plaintiff, the complete name of one defendant, and the exact address of the subject premises as provided on the complaint.

Online Copy Request Civil (English)
Online Copy Request Civil (Spanish)
Online Copy Request Civil (Vietnamese)
Online Copy Request Civil (Mandarin)
Online Copy Request Civil (Korean)
Online Copy Request Civil (Farsi)
Online Copy Request Civil (Arabic)

Back                                                                                   Print Case

## CASE SUMMARY

**Case Id:**       30-2019-01118235-CU-MC-NJC

**Case Title:**    EMILIO RAMIREZ VS. ACCEL IMPORT REPAIR, INC.

**Case Type:**     MISC COMPLAINTS - OTHER

**Filing Date:**   12/12/2019

**Category:**      CIVIL - UNLIMITED

## REGISTER OF ACTIONS

## PARTICIPANTS

## HEARINGS

## CART

"<" <

## CIVIL CASE ACCESS

The Civil Case Information Website contains case summary and register of action information for cases dating back to 1996 for unlimited/complex civil actions and dating back to 2005 for limited civil actions. Most documents filed on or after January 1, 2008 may be downloaded and viewed(fees apply). Additionally, documents purchased online can now be electronically certified (additional fees apply). For cases and documents filed prior to these dates, contact the court where the case was filed.

Click here for more information regarding viewing/purchasing documents as well as a notice of sanctions for including social security numbers and financial account information on documents filed with the court.

To access unlawful detainer / eviction cases, you must provide: the complete name of one plaintiff, the complete name of one defendant, and the exact address of the subject premises as provided on the complaint.

Online Copy Request Civil (English)
Online Copy Request Civil (Spanish)
Online Copy Request Civil (Vietnamese)
Online Copy Request Civil (Mandarin)
Online Copy Request Civil (Korean)
Online Copy Request Civil (Farsi)
Online Copy Request Civil (Arabic)



| Back | | | | Print Case |
|---|---|---|---|---|
| CASE SUMMARY | | | | |
| REGISTER OF ACTIONS | | | | |
| ROA | Docket Entry | Filing Date | Document | Select |
| 564 | E-FILING TRANSACTION NUMBER 31547573 REJECTED. | 10/14/2024 | 1 pages | ☐ |
| 563 | MINUTES FINALIZED FOR PRETRIAL CONFERENCE 10/14/2024 09:00:00 AM. | 10/14/2024 | 1 pages | ☐ |
| 562 | THE STATUS CONFERENCE IS SCHEDULED FOR 12/18/2024 AT 09:00 AM IN DEPARTMENT N16. | 10/14/2024 | NV | |
| 561 | MINUTES FINALIZED FOR PRETRIAL CONFERENCE 10/11/2024 09:00:00 AM. | 10/11/2024 | 1 pages | ☐ |
| 560 | PRETRIAL CONFERENCE CONTINUED TO 10/14/2024 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 10/11/2024 | NV | |
| 558 | DOCUMENT - OTHER (PROPOSED VOIR DIRE QUESTIONS) RECEIVED ON 10/10/2024. | 10/10/2024 | 3 pages | ☐ |
| 557 | E-FILING TRANSACTION 21545739 RECEIVED ON 10/10/2024 10:51:39 AM. | 10/11/2024 | NV | |
| 556 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00. TRANSACTION NUMBER 13495627 AND RECEIPT NUMBER | 10/10/2024 | 1 pages | ☐ |
| PARTICIPANTS | | | | |
| HEARINGS | | | | |
| CART | | | | |

"<" <

© 2024 Superior Court of Orange County                                                                                                                          1.0.0

# CIVIL CASE ACCESS

The Civil Case Information Website contains case summary and register of action information for cases dating back to 1996 for unlimited/complex civil actions and dating back to 2005 for limited civil actions. Most documents filed on or after January 1, 2008 may be downloaded and viewed(fees apply). Additionally, documents purchased online can now be electronically certified (additional fees apply). For cases and documents filed prior to these dates, contact the court where the case was filed.

Click here for more information regarding viewing/purchasing documents as well as a notice of sanctions for including social security numbers and financial account information on documents filed with the court.

To access unlawful detainer / eviction cases, you must provide: the complete name of one plaintiff, the complete name of one defendant, and the exact address of the subject premises as provided on the complaint.

Online Copy Request Civil (English)
Online Copy Request Civil (Spanish)
Online Copy Request Civil (Vietnamese)
Online Copy Request Civil (Mandarin)
Online Copy Request Civil (Korean)
Online Copy Request Civil (Farsi)
Online Copy Request Civil (Arabic)

