IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RIKKIE GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civ. Action No. 1:24-cv-00880-DII |
| § | |
| TEXAS TAXPAYERS AND RESEARCH § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

## AFFIDAVIT OF LAURA E. DE SANTOS

**THIS DAY CAME** Laura E. De Santos, having first been placed under oath, and made the following affidavit.

1. My name is Laura E. De Santos. This affidavit is based upon my personal knowledge and a review of the records of Gordon Rees Scully Mansukhani, LLP.

2. I am an attorney with the law firm of Gordon Rees Scully Mansukhani, LLP, and serve as counsel to Texas Taxpayers and Research Association in the above-referenced matter.

3. As of the date and time of my signing of this Affidavit, Texas Taxpayers and Research Association has incurred $3,852.50 in attorney's fees and $108.54 in costs to Gordon Rees Scully Mansukhani, LLP in preparing Defendant's Motion to Strike (Dkt. 10) and addressing all matters related thereto.

4. The billing rates charged for the work performed by Hayley Friedman, Associate, and Laura De Santos, Partner were reasonable, and the scope of work performed was reasonably related to, and necessary for, the preparation of Defendant's Motion to Strike (Dkt. 10), including attending both a telephonic and in-person hearing on the Motion to Strike and resulting Show Cause Order, and addressing all matters related thereto.

1

_____
Laura E. De Santos

SUBSCRIBED AND SWORN TO BEFORE ME on the 31st day of October 2024, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

DEBBIE ADEST
My Notary ID # 10260530
Expires August 14, 2027

2